UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JUAN MARTINEZ ALVARADO,

Petitioner,

v. No. 1:26-CV-410-H

ROBERT CERNA, et al.,

Respondents.

**ORDER**

Before the Court is the petitioner's Notice of Nonsuit Without Prejudice. Dkt. No. 5. The respondents have not made any filings in this case. Thus, the Court construes the notice as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Fed. R. Civ. P. 81(a)(4) (stating that the Federal Rules of Civil Procedure apply to habeas actions); *see also, e.g.*, *Pack v. Yusuff*, 218 F.3d 448, 454–55 (5th Cir. 2000) (applying Rule 41 to dismiss the petitioner's habeas action). Accordingly, the petitioner's claims against the respondents are dismissed without prejudice and the Clerk of Court is directed to close the case. Each party shall bear its own costs and attorneys' fees.

The Court denies as moot the pending application for admission pro hac vice (Dkt. No. 2).

So ordered on November 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE